**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**SARR MODOU,
A# 093-411-096,**

       **Petitioner,**

**vs.**                                        **Case No. 4:13cv667-RH/CAS**

**ERIC HOLDER, JR., et al.,**

       **Respondents.**

_____/


## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this case by submitting a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on December 12, 2013.  Doc. 1.  After Petitioner belatedly paid the filing fee, doc. 4, the petition was reviewed and deemed sufficient for service.  The petition alleged that Petitioner is a native and citizen of Senegal, who was being held in immigration custody more than six months beyond the date the order of removal became final despite the fact that ICE has been unable to remove him "to Senegal or any other country."  *Id.* at 3.  Petitioner challenged his continued detention and sought release pursuant to the United States Supreme Court's decision in <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001).

Service was directed, doc. 7, and Respondents required to file an answer or other appropriate pleading to the petition. On February 13, 2014, Respondents filed a motion to dismiss the petition, advising that Petitioner was released from detention on January 30, 2014. Doc. 13. Because Petitioner's request for relief was an order directing his release from custody, Respondents contend the instant petition is now moot and should be dismissed. *Id.* at 3.

Despite the filing of a response from the Wakulla County Sheriff, doc. 10, on February 7, 2014, advising that Petitioner was held "at the request of the federal court," Petitioner filed a notice of change of address on February 10, 2014. Doc. 12. The address provided by Petitioner is to 1141 Yale Drive, Holiday, Florida 34691. Doc. 12. That address is included in Respondents' certificate of service. Doc. 13 at 4.

In light of Petitioner's release from detention, there is no judicial remedy left and this case should be dismissed as moot. Respondents' motion to dismiss, doc. 13, should be **GRANTED**.

**RECOMMENDATION**

In light of the foregoing, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 13, be **GRANTED,** and the petition for writ of habeas corpus, doc. 1, be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on February 18, 2014.


 S/     Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

## <u>NOTICE TO THE PARTIES</u>

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.