IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SARR MODOU,

    Petitioner,

v.                                    CASE NO. 4:13cv667-RH/CAS

ERIC HOLDER, JR. et al.,

    Respondents.

_____/

## ORDER DISMISSING THE PETITION AS MOOT

This case is before the court on the magistrate judge's report and recommendation, ECF No. 14. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "The petition is dismissed without prejudice as moot." The clerk must close the file.

SO ORDERED on March 25, 2014.

                                              s/Robert L. Hinkle
                                              United States District Judge